E-FILED
Tuesday, 07 April 2020 02:40:39 PM
Clerk, U.S. District Court, ILCD

United State District Court
Central District of Illinois

JOHNSON

  v.

Fahey et al                    ) No. 2:20-cv-02038

SCANNED at PCC and E-mailed
4/7/20 (date) by H7 (initials)
3 (# of pages)

PROPOSED PETITION TO
AMENDED COMPLAINT

Now comes plaintiff GREGORY JOHNSON pro se to this honorable Court
with leave to file a PROPOSED Amended Complaint as order by honorable
Judge Harold A. Baker in order to state a claim:

## Complaint

Claim 1.) Failer to protect: Violation of my 14 Amendment to Equal
Protection; Correctional Officer Jazmine Martin failed to stop her
coworker from assaulting me.

Claim 2.) Failed to follow procedure: Violation of my 14 Amendment
to due process; Correctional Officer Jazmine Martin did not follow
county Jail procedure in which she was to notify her supervisor
about her coworkers assaulting me.

Claim 3.) Failed to follow procedure: Violation of my 14 Amendment
to due process; I wrote Nancy S. Fahey, Jacqueline M. Lacy and
county investigator of Danville IL and told them I was
assaulted by Correctional Officer fox and anderson also that I wanted
to press charges for assault and no one of them did anything.

Claim 4.) Refuse to let me press charges:
Violation of my 5 Amendment: Deliberate Indifference: I told them

Nancy S. Fahey, Jacqueline M. Lacy. Danville County Investigator in a letter i sent them and told them i wantred to press charges and they refuse to let me do so. because they refuse to reply to my letter

Claim 5.) Refuse to answer my grievances and request slips: violation of my 14 Amendment due process; I sent 5 grievances and 10 request slip to Lt. Colin D. Osterbur and Capten. Matt Barrit and they refuse to talk to me and answer my grievances and request slips.

Claim 6.) Refuse to let me press charges: A violation of my 5 Amendment deliberate indifference; I filed 5 grievances tell Colin D. Osterbur and Matt barrit that i want to process charges and never got a reply back to them. I filed 10 request slips asking to press charges and never got an reply to some & the other ones they refuse to give me the state police address in danville IL so i can press charges as request and was played around with.

Claim 7.) Excessive Force: violation of my 8 Amendment cruel and unusual punishment inflicted; on the date of 1·9·18 while housed on B-Block correctional officers Eugene Fox, and Anderson Assaulted me. My back was toward the officers and they attack me from behind Anderson forceforly push me, than Eugene fox grabed me by my neck and started strangling me. correctional office Anderson harshly and violently slammed me on the wall with so much impact on my shoulder i though it was disloated so i got x-ray's done and the nurse said it was only a fraction. Also correction al officer fox hit me in my left eye and blacked it.

Claim 8. Failer to report their own conduct. Violation of my 14 Amendment due process. Eugene Fox, and Anderson did not report to any supervisor that they had assault me nor their conduct after. they failed to do so as such.

Plaintiff hereby incorporates by refererence all grounds of claims and allegations stated in this proposed Petition to Amended Complaint.

WHEREFOR, Plaintiff prays this court to grant him leave to file a Proposed Petition to Amended Complaint as order by honorable Judge HAROLD A. BAKER

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that i believe the foregoing matter is taken in good faith

Signed on this 1 day of April 2020

_____
Plaintiff
 # R-63695
700 west Lincoln street
        P.O. Box 99
Pontiac, IL 61764